UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL CASE NO. |
|    Plaintiff | : | 3:18cv05(JCH) |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE | : | APRIL 11, 2018 |
|    Defendant | : | |

## AMENDED ORDER TO SHOW CAUSE

The plaintiff is hereby **ORDERED TO SHOW CAUSE** why the Motion to Quash (Doc. No. 15) should not be granted. Plaintiff should file its response by **April 25, 2018**. Failure to respond by said date may result in the defendant's motion being granted.

**SO ORDERED**.

Dated at New Haven, Connecticut this 11th day of April, 2018.

/s/Janet C. Hall
Janet C. Hall
United States District Judge